# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEVEN BRANCH                                                                              PLAINTIFF

v.                                          No. 4:18-cv-00481-JM

LORI CINGOLANI, et al.                                                                  DEFENDANTS

## ORDER

On October 25, 2018, the Court ordered Steven Branch to provide proof of service of summons and complaint within ten days from the entry of that Order. Branch has not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE